**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

January 4, 2010

# LETTER ORDER

Re:   Liegner v. Unum Group
      Civil Action No. 09-866 (PGS)

Dear Counsel:

This Court will hold a telephone conference on **January 6, 2010 at 11:30 A.M.** Counsel for the Plaintiff shall initiate.

    **SO ORDERED.**

*s/Esther Salas*
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**